IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SCOTT LAWRENCE,<br><br>Defendant. | 4:22-CR-3127<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 38). On April 10, 2023, the Court entered a Preliminary Order of Forfeiture (filing 30) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to possessing methamphetamine with intent to distribute it in violation of 21 U.S.C. § 841, and admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in $17,622.00 in United States currency was forfeited to the United States. Filing 30.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on April 11, 2023, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 37) was filed on June 16, 2023. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 38) is granted.

2. All right, title, and interest in and to the $17,622.00 in United States currency held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 27th day of June, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge